# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 30, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

151419

SPECTRUM HEALTH HOSPITALS
and SPECTRUM HEALTH UNITED,
      Plaintiffs-Appellees,

v

WESTFIELD INSURANCE COMPANY,
      Defendant-Appellant.

SC: 151419
COA: 323804
Kent CC: 14-002515-AV

_____/

On October 6, 2016, the Court heard oral argument on the application for leave to appeal the March 2, 2015 order of the Court of Appeals. On order of the Court, the application is again considered. MCR 7.305(H)(1). In lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for reconsideration in light of *Covenant Medical Center, Inc v State Farm Mutual Auto Ins Co*, ___ Mich ___ (Docket No. 152758, decided May 25, 2017).

We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 30, 2017



          Clerk

a0627